Case 4:18-cv-02793   Document 15   Filed on 09/18/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARLON ROBINSON, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-18-2793 |
| JOHNNY TAYLOR LAW, PLLC, | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL ON STIPULATION

The Court is in receipt of the joint Stipulation of Dismissal, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), filed September 13, 2019, in which the Parties stipulate to the dismissal of this case with prejudice as to Marlon Robinson's individual claim and without prejudice as to putative class members' claims. Accordingly, it is hereby

ORDERED that this case is DISMISSED, with each party to bear its own costs and attorneys fees.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on September 18, 2019.

Ewing Werlein, Jr.
United States District Judge